UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
DONNA JACKSON,

                              Plaintiff(s)

    -against-

DARDEN CORPORATION, INC. d/b/a
THE OLIVE GARDEN RESTAURANT

                             Defendant(s)
-----------------------------------------------------------X

Docket No: 08 CV 306

DEFENDANT'S RESPONSE TO RULE 1.9 DISCLOSURE

Trial by Jury Demanded

FEB - 8 2008
USDC WP SDNY

    Pursuant to Rule 1.9 of the General Rules of the Northern District of New York and to enable Judges and Magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for GMRI, INC. d/b/a OLIVE GARDEN i/s/h DARDEN CORPORATION, INC. d/b/a THE OLIVE GARDEN RESTAURANT, certifies that the following is a corporate party, subsidiary, or affiliates of that party:

        GMRI, INC.
        DARDEN RESTAURANTS, INC.
        RED LOBSTER
        OLIVE GARDEN
        BAHAMA BREEZE
        SEASONS 52
        LONGHORN STEAKHOUSE
        CAPITAL GRILLE
        CAPITAL GRILLE HOLDINGS, INC.
        RARE HOSPITALITY MANAGEMENT, INC.
        RARE HOSPITALITY INTERNATIONAL INC.

Dated: Carle Place, New York
        February 6, 2008

                              Yours, etc.

                              STEVEN F. GOLDSTEIN, LLP

                              By: Steven F. Goldstein (2076)
                              Attorneys for Defendants
                              One Old Country Road, Suite 318
                              Carle Place, New York  11514
                              (516) 873-0011