(Cedarbaum, J)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
DONNA JACKSON,

                      Plaintiff,

-against-

DARDEN CORPORATION, INC., and
DARDEN GC CORP d/b/a THE OLIVE
GARDEN RESTAURANT, and
SHERWOOD EQUITIES, INC.,

                      Defendant(s)
-------------------------------------------------------------X

Docket No: 08 CV 1306 (MGC)

**STIPULATION TO REMAND**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/24/08

Cedarbaum, ~~D.F., M.J.~~
~~Eaton, D.F., M.J.~~

PLEASE TAKE NOTICE, that it is hereby stipulated and agreed by and between the parties to the above captioned action that said action ~~will~~ is ~~be~~ remanded to the Supreme Court, MGC Bronx County under the index number 300146-2006.

Dated: March 20, 2008

LAW OFFICES OF MICHAEL J. ASTA

By: _____
    MICHAEL J. ASTA
Attorneys for plaintiffs
450 Seventh Avenue, Suite 2205
New York, New York 10123
(212) 244-6555

STEVEN F. GOLDSTEIN, LLP

By: _____
    STEVEN F. GOLDSTEIN
Attorneys for defendants
One Old Country Road, Suite 318
Carle Place, New York 11514
(516) 873-0011

SO ORDERED:

_____
Cedarbaum, M.G., J

March 24, 2008